# Lee Litigation Group, PLLC
30 East 39th Street, Second Floor
New York, NY 10016
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

April 30, 2018

**Via ECF**
The Honorable Henry Pitman, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *Falcon v. Bogopa Service Corp. et al*
       Case No. 17-CV-6230

Dear Judge Pitman:

  We are counsel to Plaintiff in the above-referenced matter. In accordance with the Court's Order from March 9, 2018, we write jointly with counsel to Defendant to update the Court on status. The parties have scheduled a private mediation before Martin F. Scheinman on June 11, 2018, at which time the parties are hopeful that this matter may be resolved.

  We thank Your Honor for considering this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF