# Lee Litigation Group, PLLC

30 East 39th Street, Second Floor
New York, NY 10016
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

June 18, 2018

**Via ECF**
The Honorable Henry Pitman, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Falcon v. Bogopa Service Corp. et al*
                Case No. 17-CV-6230

Dear Judge Pitman:

      We are counsel to Plaintiff. We write, jointly with counsel to Defendants to provide the Court with a status report, pursuant to the Court's Order dated May 2, 2018.

      We are pleased to report that the parties are in the process of submitting a fairness submission to Hon. Lorna G. Schofield for settlement approval.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF